RECEIVED

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

NOV X 1 2007
Nov. 1, 2007
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

CHRISTOPHER GROOMS,  )
EDDIE BRANTLEY,  )
STANLEY HUNTER,  )
UYLONDA HENDERSON, and  )
ALLISAH LOVE  )
 )
     Plaintiffs,  )
 )
 )
     v.  )
 )
CITY OF CHICAGO POLICE OFFICERS  )
DAVID TENCZA, #9203,  )
MICHELLE WANTUCK, #19973,  )
SERGEANT JOHN LEE, #909, and  )
THE CITY OF CHICAGO,  )
 )
     Defendants.  )

07CV6176
JUDGE ANDERSEN
MAG. JUDGE VALDEZ

Jury Demanded

## COMPLAINT

1.     The jurisdiction of this Court is invoked pursuant to the Civil Rights Act, 42 U.S.C. 1983 and 1988; 28 U.S.C. 1331 and 1323 (3); and the Constitution of the United States, and supplemental jurisdiction under U.S.C. Section 1367.

## PARTIES

2.     Christopher Grooms, Eddie Brantley and Stanley Hunter are each male Black Americans. Uylonda Henderson and Allisah Love are both female Black Americans. All parties named are citizens of the United States and residents of Chicago, Illinois. All parties have no prior convictions and clean records. Uylonda Henderson is the natural mother of Eddie Brantley. Allisah Love is, by blood, the sister to Christopher Grooms.

3.     Defendant, OFFICER DAVID TENCZA, is a male, Caucasian CITY OF CHICAGO POLICE OFFICER, employed by the CITY OF CHICAGO, and is an agent of the CITY OF CHICAGO, who was, at all times material to this complaint, acting within the scope of his employment and under the color of law. The defendant is being sued individually.

4.     Defendant, OFFICER MICHELLE WANTUCK, is a female, Caucasian CITY OF CHICAGO POLICE OFFICER, employed by the CITY OF CHICAGO, and is

an agent of the CITY OF CHICAGO, who was, at all times material to this complaint, acting within the scope of his employment and under the color of law. The defendant is being sued individually.

5.    Defendant, SERGEANT JOHN LEE, is a male, Asian, CITY OF CHICAGO POLICE OFFICER, employed by the CITY OF CHICAGO, and is an agent of the CITY OF CHICAGO, who was, at all times material to this complaint, acting within the scope of his employment and under the color of law. The defendant is being sued individually.

6.    THE CITY OF CHICAGO, is a municipal corporation within the State of Illinois, and was, at all times material to this complaint, the employer of defendant police officers DAVID TENCZA, MICHELLE WANTUCK, and SERGEANT JOHN LEE.

## FACTS

7.    On October 23, 2007, Plaintiffs Eddie Brantley, Stanley Hunter and Christopher Grooms were driving in the vicinity of 49th and Union Streets when they were stopped by several marked police cars.

8.    Plaintiffs Eddie Brantley, Stanley Hunter and Christopher Grooms were stopped, searched, and unlawfully detained without probable cause or reasonable suspicion by Defendants.

9.    In United States Criminal law, probable cause refers to the standard by which a police officer may make an arrest, conduct a personal or property search or obtain a warrant based upon evidence or a reasonable belief that a crime has been committed.

10.    Reasonable suspicion is a legal standard in United States law by which a police officer concludes that a person or persons has been, is or is about to be, engaged in criminal activity based upon specific and articulable facts and inferences; such suspicion is not a mere hunch.

11.    Defendant DAVID TENCZA fabricated the evidence on which he made his arrest of Plaintiff Christopher Grooms, and therefore did not have a lawful basis for making such arrest. This caused Plaintiff Christopher Grooms to be charged with a criminal offense.

12.    The actions of Defendant DAVID TENCZA also caused Plaintiff Uylonda Henderson's car to be impounded.

13.    When Defendant MICHELLE WANTUCK overheard Plaintiff Eddie Brantley inform his grandfather, Cleveland Henderson, that drugs had been planted in his mother's vehicle and that Plaintiff Christopher Grooms was falsely arrested; Defendant

MICHELLE WANTUCK later arrested Plaintff Eddie Brantley on charges of disrespect to an officer and a traffic violation; though he initially had been charged with nothing.

14.    Plaintiff Eddie Brantley was subsequently released and the charges dropped.

15.    Plaintiffs Uylonda Henderson and Allisah Love contend that Defendants actions were retaliatory acts against family members for prior complaints made by them against The City of Chicago Police Department.

## Count I

### (Illegal Detention Under 42 U.S.C. sec. 1983)

The above acts of Defendants, POLICE OFFICERS DAVID TENCZA, MICHELLE WANTUCK and SERGEANT JOHN LEE, were done without probable cause and, therefore violated Plaintiffs Fourth Amendment right to be free from unreasonable searches and seizures.

The Defendants acts were the direct and proximate cause of the injuries suffered by the Plaintiffs.

**WHEREFORE**, the Plaintiff demands $500,000 in compensatory damages, individually against Defendant POLICE OFFICERS DAVID TENCZA, WATACH and SERGEANT LEE and $1,000,000 in punitive damages, plus costs, attorney's fees, and other such additional relief as this Court deems equitable and just.

## Count II

### (Defamation of Character)

The above acts of Defendants, POLICE OFFICERS DAVID TENCZA, MICHELLE WANTUCK and SERGEANT JOHN LEE, defamed the character of Plaintiffs.

The Defendants acts were the direct and proximate cause of the injuries suffered by the Plaintiffs.

**WHEREFORE**, the Plaintiff demands $500,000 in compensatory damages, individually against Defendant POLICE OFFICERS DAVID TENCZA, WATACH and SERGEANT LEE and $1,000,000 in punitive damages, plus costs, attorney's fees, and other such additional relief as this Court deems equitable and just.

## Count III

### (Intentional Infliction of Emotional Distress)

The above acts of Defendants, POLICE OFFICERS DAVID TENCZA, MICHELLE WANTUCK and SERGEANT JOHN LEE, were maliciously and with intent to inflict emotional stress on Plaintiffs.

The Defendants acts were the direct and proximate cause of the injuries suffered by the Plaintiffs.

**WHEREFORE**, the Plaintiff demands $500,000 in compensatory damages, individually against Defendant POLICE OFFICERS DAVID TENCZA, WATACH and SERGEANT LEE and $1,000,000 in punitive damages, plus costs, attorney's fees, and other such additional relief as this Court deems equitable and just.

## Count IV

### (Retaliation)

The above acts of Defendants, POLICE OFFICERS DAVID TENCZA, MICHELLE WANTUCK and SERGEANT JOHN LEE, were done in retaliation against Plaintiffs for past complaints against the City of Chicago Police Department.

The Defendants acts were the direct and proximate cause of the injuries suffered by the Plaintiffs.

**WHEREFORE**, the Plaintiff demands $500,000 in compensatory damages, individually against Defendant POLICE OFFICERS DAVID TENCZA, WATACH and SERGEANT LEE and $1,000,000 in punitive damages, plus costs, attorney's fees, and other such additional relief as this Court deems equitable and just.

## Count V

### (Respondeat Superior Under Illinois Law Against City of Chicago)

Defendant CITY OF CHICAGO was the employer of Defendant Officers DAVID TENCZA, MICHELLE WANTUCK, and SERGEANT JOHN LEE who were at all times relevant to this complaint, acting within the scope of their employment and authority as police officers.

The acts committed by Defendants DAVID TENCZA, MICHELLE WANTUCK and SERGEANT JOHN LEE were done maliciously, willfully, and wantonly, and said acts were the direct and proximate cause of the Plaintiffs' injuries.

**WHEREFORE**, Plaintiffs' demand judgment against Defendant CITY OF CHICAGO in the amount of $1,000,000 in compensatory damages, plus costs, and other such additional relief as this Court deems equitable and just.

**PLAINTIFFS DEMAND A JURY TRIAL ON ALL COUNTS**

Respectfully Submitted

Christopher Grooms
Pro se Plaintiff

Eddie Brantley
Pro se Plaintiff

Stanley Hunter
Pro se Plaintiff

Uylenda Henderson
Pro se Plaintiff

Allisah Love
Pro se Plaintiff

Christopher Grooms
P.O. Box 490136
Chicago, Illinois 60649

Eddie Brantley
1110 W. 50th Street, Apt. NN
Chicago, Illinois 60609

Stanley Hunter
5001 S. Morgan
Chicago, Illinois 60609

Uylonda Henderson
335 W. 91st Street
Chicago, Illinois 60609

Allisah Love
P.O. Box 4853
Chicago, Illinois 60680