07CV6176
JUDGE ANDERSEN
MAG. JUDGE VALDEZ

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

JH

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** Allisah Love
(Please print)

**STREET ADDRESS:** P.O. Box 4853

**CITY/STATE/ZIP:** Chicago, Illinois 60680

**PHONE NUMBER:** (312) 756-9329

**CASE NUMBER:**

FILED
J.N
NOV X 1 2007
NOV. 1, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____          1 November 2007
Signature                                   Date