APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Uylonda Henderson
(Please print)

STREET ADDRESS: 335 W. 91 st

CITY/STATE/ZIP: Chicago IL 60620

PHONE NUMBER: 312 476-0773

CASE NUMBER: 07C 6176

Signature: [signed] Uylonda Henderson

Date: 11-01-07

F I L E D

NOV 0 2 2007 PH
2
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT