APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Stanley Hunter
(Please print)

STREET ADDRESS: 5001 S. Morgan

CITY/STATE/ZIP: Chicago IL 60609

PHONE NUMBER: (773) 678-9073

CASE NUMBER: 07C6176

_Stanley Hunter_
Signature

11-1-07
Date

FILED
NOV 02 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT