APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Eddie Brantley
(Please print)

STREET ADDRESS: 1110 W 50th st Apt NN

CITY/STATE/ZIP: Chicago, IL, 60609

PHONE NUMBER: (312) 791-2891

CASE NUMBER: 07C6176

Signature: E Brantley

Date: 11/1/07

FILED
NOV 0 2 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT