# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Christopher Grooms
(Please print)

STREET ADDRESS: 7646 S. Crandon

CITY/STATE/ZIP: Chicago IL 60649

PHONE NUMBER: 312 420 5053

CASE NUMBER: 07C6176

_____  11/1/07
Signature               Date

FILED

NOV 0 2 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT