IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER GROOMS, ) <br> EDDIE BRANTLEY, ) <br> STANLEY HUNTER, ) <br> UYLONDA HENDERSON, and ) <br> ALLISAH LOVE ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) <br> CITY OF CHICAGO POLICE OFFICERS ) <br> DAVID TENCZA, #9203, ) <br> WATACH, #19973, ) <br> SERGEANT LEE, #909, and ) <br> THE CITY OF CHICAGO, ) <br> ) <br> Defendants. ) | Case No.　　07C 6176 <br><br> Judge Andersen <br><br> Magistrate Judge Valdez <br><br> Jury Demanded |

## MOTION FOR AN EMERGENCY APPEARANCE AND ORDER

    1.    Now comes the Plaintiff Uylonda Henderson, requesting an Emergency Appearance before the Honorable Wayne R. Andersen and an Emergency Order for the release of Plaintiff's impounded vehicle until case 07C 6176 can be heard in its entirety and a judgment and opinion rendered by this court. The following substantiates plaintiff's request:

    2.    On October 23, 2007, Plaintiffs Eddie Brantley, Stanley Hunter and Christopher Grooms were driving in the vicinity of 49th and Union Streets when they were stopped by several marked police cars.

    3.    Plaintiff Eddie Brantley is the natural son of Plaintiff Uylonda Henderson, and was driving her vehicle on October 23, 2007.

    4.    Plaintiffs Eddie Brantley, Stanley Hunter and Christopher Grooms were stopped, searched, and unlawfully detained without probable cause or reasonable suspicion by Defendants.

    5.    In United States Criminal law, probable cause refers to the standard by which a police officer may make an arrest, conduct a personal or property search or obtain a warrant based upon evidence or a reasonable belief that a crime has been committed.

    6.    Reasonable suspicion is a legal standard in United States law by which a police officer concludes that a person or persons has been, is or is about to be, engaged in criminal activity based upon specific and articulable facts and inferences; such suspicion is not a mere hunch.

    7.    Defendant DAVID TENCZA fabricated the evidence on which he made his arrest of Plaintiff Christopher Grooms, and therefore did not have a lawful basis for making such arrest.

    8.    Defendant DAVID TENCZA planted drugs in Plaintiff Uylonda Henderson's vehicle after the vehicle had been searched three times and turned up nothing.

9. The actions of Defendant DAVID TENCZA caused Plaintiff Christopher Grooms to be charged with a criminal offense and also caused Plaintiff Uylonda Henderson's car to be impounded.

10. Because drugs were planted in Plaintiff's car, Plaintiff should not suffer the penalties applied according to Municipal Ordinance 7:24:225.

11. Plaintiff Uylonda Henderson has eight children that she provided for.

12. Plaintiff Uylonda Henderson needs her car for transportation to and from work; in order to provide for herself and her children.

13. Plaintiff Uylonda Henderson's job is in jeopardy due to transportation issues that have caused tardiness and absence.

14. Plaintiff Uylonda Henderson needs her car to transport her children to and from school each day.

15. Plaintiff Uylonda Henderson is indigent, and does not have the funds necessary to retrieve her vehicle from the impoundment lot.

16. Plaintiff Uylonda Henderson has the highest respect for the law, but does not feel that justice will be served should she and her family suffer undue hardship and she lose her job due to the time it takes to prove her innocence in a court of law and the innocence of the other Plaintiffs involved in this case.

**WHEREFORE,** Plaintiff Uylonda Henderson respectfully requests that this court grant Plaintiff's MOTION FOR AN EMERGENCY AND ORDER before the Honorable Wayne R. Anderson and for the release of her impounded vehicle.

Respectfully Submitted

Uylonda Henderson
Pro se Plaintiff

Uylonda Henderson
335 W. 91st Street
Chicago, Illinois 60620
(312) 476-0773