## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

CHRISTOPHER GROOMS, )
EDDIE BRANTLEY, )
STANLEY HUNTER, )
UYLONDA HENDERSON, and )
ALLISAH LOVE )
         )
        Plaintiffs, )
         )
         )    Case No.    07C 6176
        v. )
         )    Judge Andersen
CITY OF CHICAGO POLICE OFFICERS )
DAVID TENCZA, #9203, )
WATACH, #19973, )    Magistrate Judge Valdez
SERGEANT LEE, #909, and )
THE CITY OF CHICAGO, )
         )    Jury Demanded
        Defendants. )

**FILED**

NOV 0 6 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**FILED**

NOV 0 6 2007
NOV 06 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF MOTION

**TO:**    City of Chicago Police Officers:    The City of Chicago
    David Tencza, #9203                c/o
    Michelle Wantuck, #19973        The City of Chicago Corporation Counsel
    Sergeant John Lee, #909           30 N. LaSalle Street, Suite 1020
    City of Chicago Police Headquarters    Chicago, Illinois 60602
    3510 South Michigan Avenue
    Chicago, Illinois 60653

On Thursday, November 15, 2007, at 9 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Wayne R. Andersen in Courtroom 1403 at the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois; and present a **MOTION FOR AN EMERGENCY APPEARANCE AND ORDER.**

                      Uylonda Henderson
                      335 W. 91st Street
                      Chicago, Illinois 60620
                      (312) 476-0773

### PROOF OF SERVICE

I, the undersigned plaintiff, certify that on the 6th day of November, 2007, I served a copy of this notice to each person to whom it is directed by way of hand delivery and/or U.S. Mail before the hour of 5 pm.

_____
Signature/Certification

11-06-07
Date