IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER GROOMS, EDDIE BRANTLEY, STANLEY HUNTER, UYLONDA HENDERSON, and ALLISAH LOVE<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CHICAGO POLICE OFFICERS DAVID TENCZA, #9203, WATACH, #19973, SERGEANT LEE, #909, and THE CITY OF CHICAGO,<br><br>Defendants. | Case No.   07C 6176<br><br>Judge Andersen<br><br>Magistrate Judge Valdez<br><br>Jury Demanded |

FILED
NOV - 9 2007
NOV 9 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION TO CLASSIFY CASE AS CLASS ACTION LAW SUIT

1. Now come the Plaintiffs Christopher Grooms, Eddie Brantley, Stanley Hunter, Uylonda Henderson, and Allisah Love, requesting that this honorable court grant their motion to classify case 07C6176 as a class action lawsuit in the United States District Court, Northern District of Illinois, Eastern Division. The following substantiates Plaintiffs request:

2. All above named Plaintiffs are directly linked and affected by the incident on October 23, 2007, which resulted in the arrest of Plaintiff Christopher Grooms and the impoundment of Plaintiff Uylonda Henderson's vehicle; an incident which triggered the filing of this case in federal court.

3. To reduce the amount of time and paperwork necessary to process required information regarding this case; Plaintiffs request that Case number 07C 6176 be classified as a class action law suit.

4. Plaintiffs also request that future motions and causes of action before this court are allowed to be submitted by Plaintiff Allisah Love on behalf of all Plaintiffs, until an attorney is procured to represent them in this case.

**WHEREFORE,** Plaintiffs respectfully request that this honorable court grant Plaintiffs MOTION TO CLASSIFY CASE AS A CLASS ACTION LAW SUIT.

                                                             Respectfully Submitted

                                                             _____
Christopher Grooms
Pro se Plaintiff

_____
Eddie Brantley
Pro se Plaintiff

_____
Stanley Hunter
Pro se Plaintiff

_____
Uylonda Henderson
Pro se Plaintiff

_____
Allisah Love
Pro se Plaintiff

Christopher Grooms
P.O. Box 490136
Chicago, Illinois 60649

Eddie Brantley
1110 W. 50th Street, Apt. NN
Chicago, Illinois 60609

Stanley Hunter
5001 S. Morgan
Chicago, Illinois 60609

Uylonda Henderson
335 W. 91st Street
Chicago, Illinois 60620

Allisah Love
P.O. Box 4853
Chicago, Illinois 60680