IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER GROOMS, <br> EDDIE BRANTLEY, <br> STANLEY HUNTER, <br> UYLONDA HENDERSON, and <br> ALLISAH LOVE <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO POLICE OFFICERS <br> DAVID TENCZA, #9203, <br> WATACH, #19973, <br> SERGEANT LEE, #909, and <br> THE CITY OF CHICAGO, <br><br> Defendants. | Case No.    07C 6176 <br><br> Judge Andersen <br><br> Magistrate Judge Valdez <br><br> Jury Demanded |

FILED
NOV - 9 2007
NOV 9 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO:   City of Chicago Police Officers:          The City of Chicago
      David Tencza, #9203                        c/o
      Michelle Wantuck, #19973                  The City of Chicago Corporation Counsel
      Sergeant John Lee, #909                   30 N. LaSalle Street, Suite 1020
      City of Chicago Police Headquarters       Chicago, Illinois 60602
      3510 South Michigan Avenue
      Chicago, Illinois 60653

On Thursday, November 15, 2007, at 9 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Wayne R. Andersen in Courtroom 1403 at the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois; and present a **MOTION TO CLASSIFY CASE AS CLASS ACTION LAW SUIT.**

Christopher Grooms          Eddie Brantley                        Stanley Hunter
P.O. Box 490136             1110 W. 50th Street, Apt. NN          5001 S. Morgan
Chicago, Illinois 60649     Chicago, Illinois 60609               Chicago, Illinois 60609

Uylonda Henderson           Allisah Love
335 W. 91st Street          P.O. Box 4853
Chicago, Illinois 60620     Chicago, Illinois 60680

## PROOF OF SERVICE

I, the undersigned plaintiff, certify that on the 9th day of November, 2007, I served a copy of this notice to each person to whom it is directed by way of hand delivery and/or U.S. Mail before the hour of 5 pm.

_____        11/9/07
Signature/Certification                             Date

_____        11/9/07
Signature/Certification                             Date

_____        11-9-07
Signature/Certification                             Date

_____        Nov. 9. 2007
Signature/Certification                             Date

_____        9 November 2007
Signature/Certification                             Date