IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KC **FILED**
NOV 1 4 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| CHRISTOPHER GROOMS, ) | |
| EDDIE BRANTLEY, ) | |
| STANLEY HUNTER, ) | |
| UYLONDA HENDERSON, and ) | |
| ALLISAH LOVE ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.     07C 6176 |
| v. ) | |
| ) | Judge Andersen |
| CITY OF CHICAGO POLICE OFFICERS ) | |
| DAVID TENCZA, #9203, ) | Magistrate Judge Valdez |
| WATACH, #19973, ) | |
| SERGEANT LEE, #909, and ) | |
| THE CITY OF CHICAGO, ) | |
| ) | Jury Demanded |
| Defendants. ) | |

## NOTICE OF FILING

**TO:** City of Chicago Police Officers:          The City of Chicago
David Tencza, #9203                                      c/o
Michelle Wantuck, #19973                       The City of Chicago Corporation Counsel
Sergeant John Lee, #909                          30 N. LaSalle Street, Suite 1020
City of Chicago Police Headquarters     Chicago, Illinois 60602
3510 South Michigan Avenue
Chicago, Illinois 60653

On Wednesday, November 14th, 2007, at the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois; Plaintiff Allisah Love filed **PLAINTIFFS MOTION TO PRESERVE 911 DISPATCH TAPES AND EVENT ENTRIES VIA COMPUTER FROM THE OEMC.**

Allisah Love
P.O. Box 4853
Chicago, Illinois 60680
(312) 756-9329

## PROOF OF SERVICE

I, the undersigned plaintiff, certify that on the 14th day of November, 2007, I served a copy of this notice to each person to whom it is directed by way of hand delivery and/or U.S. Mail before the hour of 5 pm.

_____                                    14 November 2007
Signature/Certification                                                         Date

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
NOV 14 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| CHRISTOPHER GROOMS, ) | |
| EDDIE BRANTLEY, ) | |
| STANLEY HUNTER, ) | |
| UYLONDA HENDERSON, and ) | |
| ALLISAH LOVE ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | Case No.    07C 6176 |
| v. ) | |
| ) | Judge Andersen |
| CITY OF CHICAGO POLICE OFFICERS ) | |
| DAVID TENCZA, #9203, ) | Magistrate Judge Valdez |
| WATACH, #19973, ) | |
| SERGEANT LEE, #909, and ) | |
| THE CITY OF CHICAGO, ) | |
| ) | Jury Demanded |
| Defendants. ) | |

**PLAINTIFFS MOTION TO PRESERVE 911 DISPATCH TAPES AND
EVENT ENTRIES VIA COMPUTER FROM THE OEMC**

1.  Now come the Plaintiffs Christopher Grooms, Eddie Brantley, Stanley Hunter, Uylonda Henderson, and Allisah Love, requesting that this honorable court grant their motion to PRESERVE 911 DISPATCH TAPES AND EVENT ENTRIES VIA COMPUTER, from the City of Chicago Office of Emergency Management and Communications (OEMC) regarding case 07C6176 as filed in the United States District Court, Northern District of Illinois, Eastern Division. The following substantiates Plaintiffs request:

2.  Plaintiffs are requesting that the 911 Dispatch tapes and event entries via computer from the OEMC are preserved for two related incidents which occurred during the morning of October 23, 2007; and which led to the filing of case 076176 in federal court.

3.  The first incident for which OEMC preservation is requested is for City of Chicago Police RD# HN 664389; which resulted in the arrest of Plaintiff Christopher Grooms and the impoundment of Plaintiff Uylonda Henderson's automobile.

4.  The second incident for which OEMC preservation is requested is for a call made to the 911 center on the morning of October 23, 2007 by Plaintiff Christopher Grooms' mother; whereby she requested assistance from the City of Chicago Fire Department to come to her home at 7646 South Crandon Avenue in Chicago, to lift her husband, Christopher Grooms' father, a disabled, retired police officer, from the floor; after he fell out of their bed, awakened and preparing to go to the police station where they were notified that their son was under arrest.

5.      Preservation of the OEMC tapes and event entries for both of the above named incidents are vital to Plaintiffs case, and must be requested within thirty days of the incident in order for the request to be honored and carried out by Defendant, The City of Chicago.

**WHEREFORE,** Plaintiffs respectfully request that this honorable court grant Plaintiffs MOTION TO PRESERVE 911 DISPATCH TAPES AND EVENT ENTRIES VIA COMPUTER FROM THE OEMC.

                                                Respectfully Submitted on
                                                behalf of all Plaintiffs,

                                                */s/ Allisah Love*
                                                Allisah Love
                                                Pro se Plaintiff

Christopher Grooms
P.O. Box 490136
Chicago, Illinois 60649

Eddie Brantley
1110 W. 50th Street, Apt. NN
Chicago, Illinois 60609

Stanley Hunter
5001 S. Morgan
Chicago, Illinois 60609

Uylonda Henderson
335 W. 91st Street
Chicago, Illinois 60620

Allisah Love
P.O. Box 4853
Chicago, Illinois 60680