UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Christopher Grooms, et al.
                    Plaintiff,

v.                                          Case No.: 1:07-cv-06176
                                            Honorable Wayne R. Andersen

David Tencza, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 16, 2007:

    MINUTE entry before Judge Wayne R. Andersen :Plaintiff's motion for order [20] to preserve 9111 dispatch tapes and envent entries via computer from the OEMC is taken under advisement. Motion hearing held on 11/16/2007 regarding motion for order[20].Status hearing set for 1/10/2008 at 09:00 AM.Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.