IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
NOV 15 2007
11-15-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| CHRISTOPHER GROOMS, <br> EDDIE BRANTLEY, <br> STANLEY HUNTER, <br> UYLONDA HENDERSON, and <br> ALLISAH LOVE <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO POLICE OFFICERS <br> DAVID TENCZA, #9203, <br> WATACH, #19973, <br> SERGEANT LEE, #909, and <br> THE CITY OF CHICAGO, <br><br> Defendants. | Case No.    07C 6176 <br><br> Judge Andersen <br><br> Magistrate Judge Valdez <br><br> Jury Demanded |

## NOTICE OF FILING

**TO:**  City of Chicago Police Officers:
David Tencza, #9203
Michelle Wantuck, #19973
Sergeant John Lee, #909
City of Chicago Police Headquarters
3510 South Michigan Avenue
Chicago, Illinois 60653

The City of Chicago
c/o
The City of Chicago Corporation Counsel
30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602

On Thursday, November 15th, 2007, at the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois; Plaintiff Allisah Love filed **PLAINTIFFS PROOF OF INNOCENCE AND DISMISSAL OF CRIMINAL CASE.**

Allisah Love
P.O. Box 4853
Chicago, Illinois 60680
(312) 756-9329

## PROOF OF SERVICE

I, the undersigned plaintiff, certify that on the 15th day of November, 2007, I served a copy of this notice to each person to whom it is directed by way of hand delivery and/or U.S. Mail before the hour of 5 pm.

_____
Signature/Certification

15 November 2007
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
J.N NOV 1 5 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| CHRISTOPHER GROOMS, <br> EDDIE BRANTLEY, <br> STANLEY HUNTER, <br> UYLONDA HENDERSON, and <br> ALLISAH LOVE <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO POLICE OFFICERS <br> DAVID TENCZA, #9203, <br> WATACH, #19973, <br> SERGEANT LEE, #909, and <br> THE CITY OF CHICAGO, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No.    07C 6176 <br><br> Judge Andersen <br><br> Magistrate Judge Valdez <br><br><br> Jury Demanded |

**PLAINTIFFS PROOF OF INNOCENCE AND DISMISSAL OF CRIMINAL CASE**

1. Now come the Plaintiffs Christopher Grooms, Eddie Brantley, Stanley Hunter, Uylonda Henderson, and Allisah Love; providing this honorable court with proof of Plaintiff Christopher Grooms' innocence of the class 4 felony possession charges filed against by Defendant and the dismissal of the corresponding criminal case.

2. On November 14, 2007, Plaintiff Christopher Grooms appeared before the Honorable Adam Donald Bourgeois at 9 a.m. in the Circuit Court of Cook County, Branch 48, located at 155 West 51st Street, Chicago Illinois for a preliminary hearing regarding his arrest on October 23, 2007.

3. At the afore mentioned preliminary hearing, Plaintiff Christopher Grooms' case was dismissed by the Honorable Adam Donald Bourgeois, per the request of the state prosecutor who confirmed that the lab results of the alleged controlled substance, which was the alleged basis of Plaintiff Christopher Grooms' arrest, came back negative; meaning that the substance tested was not a controlled substance.

4. Due to the dismissal of the criminal case, Counsel for Plaintiff Christopher Grooms was unable to have his motion granted that the 911 dispatch tapes and event entries via computer from the Office of Emergency and Management Communications be preserved for the incidents occurring on October 23, 2007, which led to the filing of case 07C 6176 in federal court.

**WHEREFORE,** Plaintiffs respectfully submit the attached Certified Statement of Disposition showing proof of Plaintiff Christopher Grooms' innocence and the dismissal of the criminal case filed against him.

                                                                    Respectfully Submitted on
                                                                    behalf of all Plaintiffs,

                                                                    Allisah Love
                                                                    Pro se Plaintiff

Christopher Grooms
P.O. Box 490136
Chicago, Illinois 60649

Eddie Brantley
1110 W. 50th Street, Apt. NN
Chicago, Illinois 60609

Stanley Hunter
5001 S. Morgan
Chicago, Illinois 60609

Uylonda Henderson
335 W. 91st Street
Chicago, Illinois 60620

Allisah Love
P.O. Box 4853
Chicago, Illinois 60680

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS  Page 001

PEOPLE OF THE STATE OF ILLINOIS

VS  NUMBER 07113984401

CHRISTOPHE  GROOMS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County/Local Prosecutor has filed a complaint with the Clerk of the Circuit Court.

Charging the above named defendant with:

720-570-402-C                              F (ATT)

The following disposition(s) was/were rendered before the Honorable Judge(s):

```
10/23/07 PROBABLE CAUSE TO DETAIN
       SULLIVAN LAURA MARIE
10/23/07 DEFENDANT REL ON I BOND                                    $   10000
       SULLIVAN LAURA MARIE
10/23/07 MOTION STATE - CONTINUANCE -MS         11/13/07 5148
       SULLIVAN LAURA MARIE
10/23/07 DEF DEMAND FOR TRIAL
       SULLIVAN LAURA MARIE
10/23/07 PRE-TRL SERV MONITORING PROGM
       SULLIVAN LAURA MARIE
11/13/07 NOLLE PROSEQUI                         C001
       BOURGEOIS ADAM DONALD JR.
```

I hereby certify that the foregoing has been entered of record on the above captioned case.
Date 11/14/07

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY