IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JN
NOV 1 5 2007
11-15-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| CHRISTOPHER GROOMS, <br> EDDIE BRANTLEY, <br> STANLEY HUNTER, <br> UYLONDA HENDERSON, and <br> ALLISAH LOVE <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO POLICE OFFICERS <br> DAVID TENCZA, #9203, <br> WATACH, #19973, <br> SERGEANT LEE, #909, and <br> THE CITY OF CHICAGO, <br><br> Defendants. | Case No.    07C 6176 <br><br> Judge Andersen <br><br> Magistrate Judge Valdez <br><br> Jury Demanded |

## NOTICE OF FILING

**TO:** City of Chicago Police Officers:
David Tencza, #9203
Michelle Wantuck, #19973
Sergeant John Lee, #909
City of Chicago Police Headquarters
3510 South Michigan Avenue
Chicago, Illinois 60653

The City of Chicago
c/o
The City of Chicago Corporation Counsel
30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602

On Thursday, November 15th, 2007, at the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois; Plaintiff Allisah Love filed **PLAINTIFFS PROOF OF PAYMENT FOR CASE NUMBER 07C 6176.**

Allisah Love
P.O. Box 4853
Chicago, Illinois 60680
(312) 756-9329

## PROOF OF SERVICE

I, the undersigned plaintiff, certify that on the 15th day of November, 2007, I served a copy of this notice to each person to whom it is directed by way of hand delivery and/or U.S. Mail before the hour of 5 pm.

_____
Signature/Certification

15 November 2007
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
J.N
NOV 15 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| CHRISTOPHER GROOMS, ) | |
| EDDIE BRANTLEY, ) | |
| STANLEY HUNTER, ) | |
| UYLONDA HENDERSON, and ) | |
| ALLISAH LOVE ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | Case No.    07C 6176 |
| v. ) | |
| ) | Judge Andersen |
| CITY OF CHICAGO POLICE OFFICERS ) | |
| DAVID TENCZA, #9203, ) | Magistrate Judge Valdez |
| WATACH, #19973, ) | |
| SERGEANT LEE, #909, and ) | |
| THE CITY OF CHICAGO, ) | |
| ) | Jury Demanded |
| Defendants. ) | |

**PLAINTIFFS PROOF OF PAYMENT FOR CASE NUMBER 07C 6176.**

1. Now come the Plaintiffs Christopher Grooms, Eddie Brantley, Stanley Hunter, Uylonda Henderson, and Allisah Love; providing this honorable court with proof of payment of the required filing fee for federal case number 07C 6176.

2. On November 15, 2007, Plaintiffs paid the required filing fee of $350 for federal case number 07C 6176, to the cashier at the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois.

3. Attached is a copy of Plaintiffs receipt of payment.

**WHEREFORE**, Plaintiffs respectfully submit the attached receipt for proof of payment of the filing fee for federal case number 07C 6176.

Respectfully Submitted on
behalf of all Plaintiffs,

_Allisah M. Love_
Allisah Love
Pro se Plaintiff

Christopher Grooms
P.O. Box 490136
Chicago, Illinois 60649

Eddie Brantley
1110 W. 50th Street, Apt. NN
Chicago, Illinois 60609

Stanley Hunter
5001 S. Morgan
Chicago, Illinois 60609

Uylonda Henderson
335 W. 91st Street
Chicago, Illinois 60620

Allisah Love
P.O. Box 4853
Chicago, Illinois 60680



```
Thu Nov 15 09:42:02 2007

    UNITED STATES DISTRICT COURT

    CHICAGO        , IL

    Receipt No.   106 50961
    Cashier       davidj

    C.C. Number: 4329960002974583    0
7/08
    DO Code    Div No
    4624        1

    Sub Acct Type Tender      Amount
    1:510000  N    1          190.00
    2:086900  N    1           60.00
    3:086400  N    1           50.00
    4:086400  N    4           50.00

    Total Amount         $    350.00

    FILING FEE OF 07CV6176 UYLONDA HEND
ERSON
```