# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6176 | DATE | November 16, 2007 |
| CASE TITLE | Grooms et al vs. Tencza et al. | | |

**DOCKET ENTRY TEXT**

The motions to proceed in forma pauperis [4], [10], [11], [12], and [15] are denied.

■ [ For further details see text below.]   Notices mailed by Judicial staff.

## STATEMENT

This matter comes before the court on the individual motions of plaintiffs Christopher Grooms, Eddie Brantley, Stanley Hunter, Uylonda Henderson, and Allisah Love to proceed in forma pauperis. For the reasons set forth below, the motions to proceed in forma pauperis are denied.

In order to bring a civil action in federal court, the clerk of the district court shall require the parties instituting the lawsuit to pay a filing fee. *See* 28 U.S.C. § 1914(a). One filing fee is assessed per lawsuit, not for each individual plaintiff. The federal in forma pauperis statute is designed to insure that indigent litigants have meaningful access to the federal courts. *Neitzke v. Williams,* 490 U.S. 319, 324 (1989). To that end, the statute allows a litigant to pursue a case in federal court without fees and costs provided the litigant submits an affidavit asserting an inability "to pay such costs or give security therefor," and the action is neither frivolous nor malicious. 28 U.S.C. § 1915. In this case, the court is not satisfied that the plaintiffs meet the necessary financial criteria to proceed in forma pauperis and are collectively unable to satisfy the single filing fee.

For all of the foregoing reasons, the motions to proceed in forma pauperis are denied.

It is so ordered.

_____
Wayne R. Andersen
United States District Court

Dated: November 16, 2007