IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER GROOMS,<br>EDDIE BRANTLEY,<br>STANLEY HUNTER,<br>UYLONDA HENDERSON, and<br>ALLISAH LOVE<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CHICAGO POLICE OFFICERS<br>DAVID TENCZA, #9203,<br>MICHELLE WANTUCK, #19973,<br>SERGEANT JOHN LEE, #909, and<br>THE CITY OF CHICAGO,<br><br>Defendants. | Case No.    07C 6176<br><br>Judge Andersen<br><br>Magistrate Judge Valdez<br><br>Jury Demanded |

## MOTION FOR AN EMERGENCY APPEARANCE

1. Now comes the Plaintiff Allisah Love, requesting an Emergency Appearance before the Honorable Wayne R. Andersen in order to present time sensitive motions that will directly affect and influence the upcoming and previously scheduled status hearing for case number 07C 6176 on January 10, 2008 at 9 a.m. or shortly thereafter. The following substantiates Plaintiff's request:

2. Plaintiffs MOTION TO PRESERVE 911 INTAKE CALLS, DISPATCH TAPES AND EVENT ENTRIES VIA COMPUTER FROM THE OEMC, TAPES OF INTAKE CALLS AND EVENT ENTRIES VIA COMPUTER FROM OPS, AND SECURITY VIDEO/TAPES FROM THE CITY OF CHICAGO AUTO POUND must be done in a time frame that precedes the previously schedules status hearing for federal court case number 07C 6176.

3. Plaintiffs MOTION TO AMEND COMPLAINT is paramount, not only to include the incident of retaliation against Plaintiff Allisah Love that took place on November 20, 2007, but also as all Plaintiffs seek to secure counsel for representation in this court case.

**WHEREFORE,** Plaintiffs respectfully requests that this court grant Plaintiff's MOTION FOR AN EMERGENCY HEARING before the Honorable Wayne R. Anderson.

Respectfully Submitted on behalf
of all Plaintiffs,

*Allisah M. Love*
Allisah Love
Pro se Plaintiff

Allisah Love
P.O. Box 4853
Chicago, Illinois 60680
(312) 756-9329