IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
NOV 21 2007
11-21-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| CHRISTOPHER GROOMS, ) | |
| EDDIE BRANTLEY, ) | |
| STANLEY HUNTER, ) | |
| UYLONDA HENDERSON, and ) | |
| ALLISAH LOVE ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.    07C 6176 |
| v. ) | |
| ) | Judge Andersen |
| CITY OF CHICAGO POLICE OFFICERS ) | |
| DAVID TENCZA, #9203, ) | Magistrate Judge Valdez |
| MICHELLE WANTUCK, #19973, ) | |
| SERGEANT JOHN LEE, #909, and ) | |
| THE CITY OF CHICAGO, ) | |
| ) | Jury Demanded |
| Defendants. ) | |

**PLAINTIFFS MOTION TO AMEND COMPLAINT**

1. Now come the Plaintiffs Christopher Grooms, Eddie Brantley, Stanley Hunter, Uylonda Henderson, and Allisah Love; requesting that this honorable court grant their MOTION TO AMEND COMPLAINT and providing the following to substantiate such request:

2. Plaintiffs MOTION TO AMEND COMPLAINT is paramount, in order tto include the incident of retaliation against Plaintiff Allisah Love, which took place on November 20, 2007; and now adds six more City of Chicago Police Officers from the 4th District as Defendants in this case for which their information must be provided: Officers Muhammad, Houston, Fisher, Glenn, Sutter and McMahon.

3. Plaintiffs MOTION TO AMEND COMPLAINT is also paramount as they secure proper counsel for representation in this matter.

4. Plaintiffs request a time frame of three weeks up until and including the date of December 13, 2007 in which to file their amended complaint in the United States District Court for the Northern District of Illinois, Eastern Division, and provide copies for Defendants.

**WHEREFORE,** Plaintiff respectfully requests that this honorable court grant PLAINTIFFS MOTION TO AMEND COMPLAINT.

Respectfully Submitted on behalf
of all Plaintiffs,

*Allisah M Love*
Allisah Love
Pro se Plaintiff

Allisah Love
P.O. Box 4853
Chicago, Illinois 60680