MHN



NOV 21 2007
11-21-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER GROOMS,<br>EDDIE BRANTLEY,<br>STANLEY HUNTER,<br>UYLONDA HENDERSON, and<br>ALLISAH LOVE<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CHICAGO POLICE OFFICERS<br>DAVID TENCZA, #9203,<br>MICHELLE WANTUCK, #19973,<br>SERGEANT JOHN LEE, #909, and<br>THE CITY OF CHICAGO,<br><br>Defendants. | Case No.    07C  6176<br><br>Judge  Andersen<br><br>Magistrate Judge Valdez<br><br>Jury Demanded |

## NOTICE OF MOTION

TO:  City of Chicago Police Officers:              The City of Chicago
     David Tencza, #9203                           c/o
     Michelle Wantuck, #19973                      The City of Chicago Corporation Counsel
     Sergeant John Lee, #909                       30 N. LaSalle Street, Suite 1020
     City of Chicago Police Headquarters           Chicago, Illinois 60602
     3510 South Michigan Avenue
     Chicago, Illinois 60653

On Thursday, November 29, 2007, at 9 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Wayne R. Andersen in Courtroom 1403 at the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois; and present a **MOTION FOR AN EMERGENCY APPEARANCE**, a **MOTION TO PRESERVE 911 INTAKE CALLS, DISPATCH TAPES AND EVENT ENTRIES VIA COMPUTER FROM THE OEMC, TAPES OF INTAKE CALLS AND EVENT ENTRIES VIA COMPUTER FROM OPS, AND SECURITY VIDEO/TAPES FROM THE CITY OF CHICAGO AUTO POUND**, and a **MOTION TO AMEND COMPLAINT**.

Allisah Love
P.O. Box 4853
Chicago, Illinois 60680
(312) 756-9329

## PROOF OF SERVICE

I, the undersigned plaintiff, certify that on the 21st day of November, 2007, I served a copy of this notice to each person to whom it is directed by way of hand delivery and/or U.S. Mail before the hour of 5 pm.

_____                              21 November 2007
Signature/Certification                                  Date