UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Christopher Grooms, et al.
                     Plaintiff,

v.                                                Case No.: 1:07−cv−06176
                                                Honorable Wayne R. Andersen

David Tencza, et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 29, 2007:

      MINUTE entry before Judge Wayne R. Andersen :Plaintiff Henderson's emergency appearance and an emergency order for the release of plaintiff's impounded vehicle [13] is moot. Plaintiffs' motion for class certification is [17] is denied. Plaintiffs have alleged none of the elements required for class certification as set forth by Rule 23 of the Federal Rules of Civil Procedure. Plaintiff Grooms, Brantley, Hunter, Henderson and Love's emergency motion for an emergency appearance [29] is moot. Plaintiff Grooms, Brantley, Hunter, Henderson, Loves motion to amend complaint [31] is entered and continued to 12/20/2007 @ 9:00 a.m. Plaintiffs are reminded to comply with the Federal Rules of Civil Procedure and all Local Rules when filing all documents with the court. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.