UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
Eastern Division

EXHIBIT IV

Christopher Grooms, et al.
                              Plaintiff,

v.                                                   Case No.: 1:07−cv−06176
                                                   Honorable Wayne R. Andersen

David Tencza, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 29, 2007:

      MINUTE entry before Judge Elaine E. Bucklo: Motion hearing held on 11/29/2007 regarding motion for miscellaneous relief[33], motion for miscellaneous relief, [30]. Plaintiffs' Motion to preserve 911 intake calls, dispatch tapes and event entries via computer from he OMEC, tapes of intake calls and event entries via computer from OPS, and security video/tapes from the City of Chicago Auto Pound for the date of 11/20/07 [30] is granted. Plaintiffs' Motion to preserve the hard drive plus entries via computer from the City of Chicago Fourth District Police Station and security camera hard drive from the City of Chicago Auto Pound for the date of 11/20/07 [33] is granted. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.