IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER GROOMS, <br> EDDIE BRANTLEY, <br> STANLEY HUNTER, <br> UYLONDA HENDERSON, and <br> ALLISAH LOVE, <br>             Plaintiffs, <br> v. <br> CITY OF CHICAGO POLICE <br> OFFICERS DAVID TENCZA, # 9203, <br> MICHELLE WANTUCK, #19973, <br> SERGEANT JOHN LEE, #909, and <br> THE CITY OF CHICAGO, <br>             Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 07 C 6176 <br> ) <br> ) Judge Andersen <br> ) <br> ) Magistrate Judge Valdez <br> ) <br> ) <br> ) |

## NOTICE OF MOTION

**TO:**   See attached Service List

    **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant City of Chicago's Motion to Vacate Order Entered by Judge Bucklo on November 29, 2007 a copy of which is attached.

    **PLEASE TAKE FURTHER NOTICE** that I will appear before the Honorable Judge Wayne R. Andersen in room 1403 or before such other Judge or Magistrate sitting in his stead, on Thursday, December 20, 2007 at 9:00 a.m., or as soon thereafter as counsel may be heard, and present the attached Defendant City of Chicago's Motion to Vacate Order Entered by Judge Bucklo on November 29, 2007.

    **DATED** at Chicago, Illinois this 13th day of December 2007.

                                                              Respectfully submitted,

                                                              MARA S. GEORGES
                                                               Corporation Counsel of the
                                                               City of Chicago

                    By:    s/David J. Seery
                            David J. Seery
                            Chief Assistant Corporation Counsel

30 North LaSalle Street
Room 1020
Chicago, Illinois 60602
(312) 744-9210

## SERVICE LIST

Christopher Grooms
7646 South Crandon
Chicago, Illinois 60649

Eddie Brantley
1110 West 50th Street
Apartment NM
Chicago, Illinois 60609

Stanley Hunter
5001 South Morgan
Chicago, Illinois 60609

Uylonda Henderson
335 West 91st Street
Chicago, Illinois 60620

Allisah Love
Post Office Box 4853
Chicago, Illinois 60680

**CERTIFICATE OF SERVICE**

      I hereby certify that I have caused to be sent by U.S. Mail, a true and correct copy of Defendant City of Chicago's Notice of Motion to the Pro Se plaintiffs listed above at the addresses shown above on this 13th day of December 2007.

                                                  s/David J. Seery
                                                  David J. Seery