UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Christopher Grooms, et al.
                        Plaintiff,

v.                                                    Case No.: 1:07–cv–06176
                                                     Honorable Wayne R. Andersen

David Tencza, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 20, 2007:

      MINUTE entry before Judge Wayne R. Andersen :Defendant City of Chicago's motion to vacate order on motion for micellaneous relief, motion hearing [34] to vacate order entered by Judge Bucklo on November 29, 2007 is granted. Motions terminated: Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.