

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

RECORDS DIV. HEADQUARTERS

Christopher Grooms,
Eddie Brantley,
Stanley Hunter,
Uylonda Henderson, and
Allisah Love

**Alias Summons**

**SUMMONS IN A CIVIL CASE**

Plaintiff

V.

City of Chicago Police Officers
David Tencza, #9203,
Michelle Wantuck, #19973,
Sergeant John Lee, #909, and
The City of Chicago

CASE NUMBER:       07C 6176

ASSIGNED JUDGE:    Judge Andersen

DESIGNATED
MAGISTRATE JUDGE:  Magistrate Judge Valdez

TO: (Name and address of Defendant)

City of Chicago Police Officer Sergeant John Lee, #909
City of Chicago Police Headquarters
3510 South Michigan Avenue
Chicago, Illinois 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Allisah Love
P.O. Box 4853
Chicago, Illinois 60680

an answer to the complaint which is herewith served upon you within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JAN 0 3 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3 JANUARY 2008 |
| NAME OF SERVER (PRINT) LINDA GROOMS | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. CPD Place where served: City of Chicago Police Headquarters 3510 S. Michigan Ave., Chicago

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3 JANUARY 2008
              Date                Signature of Server: Linda Grooms

P.O. Box 490136, Chicago, IL 60649
Address of Server

FILED
Jan 3 2008
JAN 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.