## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
### Eastern Division

Christopher Grooms, et al.
                          Plaintiff,

v.                                                                      Case No.: 1:07–cv–06176
                                                      Honorable Wayne R. Andersen

David Tencza, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 11, 2008:

      MINUTE entry before Judge Wayne R. Andersen :The minute entry of 1/10/2008 is amended to reflect that the defendant does not have to answer or otherwise plead to plaintiffs complaint by 1/31/2008. The rest of the order to stand.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.