# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

FILED

JAN 2 3 2008   NH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| CHRISTOPHER GROOMS, ) | |
| EDDIE BRANTLEY, ) | |
| STANLEY HUNTER, ) | |
| UYLONDA HENDERSON, and ) | |
| ALLISAH LOVE ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | Case No.      07 C 6176 |
| v. ) | |
| ) | Judge Andersen |
| CITY OF CHICAGO POLICE ) | |
| OFFICERS DAVID TENCZA, #9203, ) | Magistrate Judge Valdez |
| MICHELLE WANTUCK, #19973, ) | |
| SERGEANT JOHN LEE, #909, and ) | |
| THE CITY OF CHICAGO, ) | |
| ) | Jury Demanded |
| Defendants. ) | |

## PLAINTIFFS MOTION FOR APPOINTMENT OF COUNSEL

Plaintiffs Christopher Grooms, Eddie Brantley, Stanley Hunter, Uylonda

Henderson and Allisah Love, currently pro se plaintiffs, herby move this Court for entry

of an order granting their motion for appointment of counsel. In support of this request,

Plaintiffs state as follows:

1.      Plaintiffs can neither individually or collectively afford the costs involved

to proceed toward trial in this case or to procure counsel for representation.

2.      Plaintiffs have filed a motion for reconsideration of their In Forma

Pauperis Petitions, filed in November of 2007, when case 07 C 6176 was filed in federal

court pro se.

3.   Plaintiffs filed case 07 C 6176 pro se, not only because of financial restraints, but also in an effort to preserve time sensitive data in support of their complaint.

4.   Plaintiffs have sought representation from many attorneys who have declined to represent Plaintiffs for a myriad of reasons; some of which include the following: (a) Plaintiffs can not afford to pay most retainers and would require a very liberal payment plan or case to be taken on contingency basis, (b) Many attorneys to not wish to take on a case already begun in court pro se, (c) Many attorneys are reluctant to take on the City of Chicago as a court adversary.

5.   Defendant City of Chicago has an immense advantage over pro se Plaintiffs for the following reasons; (a) Defendants have hundreds of attorneys and colleagues at their disposal for assistance, (b) Defendants are professionally trained and employed in the area of law, and have much more time and expertise in trial preparation, (c) Attorneys are able to file court documentation electronically, whereas pro se plaintiffs can not, (d) Defendants have access to legal databases such as Westlaw and Lexis Nexis to aid their in their research of cases which will provide precedence for their arguments, whereas Plaintiffs do not, (e) Defendants are at an insurmountable financial advantage over Plaintiffs proceeding toward trial in this case.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that this Honorable Court grant Plaintiffs motion for appointment of counsel.

Respectfully Submitted,

By:   Christopher Grooms
Pro se Plaintiff

2

Eddie Brantley
Pro se Plaintiff

Stanley Hunter
Pro se Plaintiff

Uylonda Henderson
Pro se Plaintiff

Allisah Love
Pro se Plaintiff

Christopher Grooms
P.O. Box 490136
Chicago, Illinois 60649
(312) 420-5053

Eddie Brantley
1110 W. 50th Street, Apt. NN
Chicago, Illinois 60609
(773) 253-8716

Stanley Hunter
5001 S. Morgan
Chicago, Illinois 60609
(773) 678-9073

Uylonda Henderson
1110 W. 50th Street, Apt. NN
Chicago, Illinois 60609
(312) 476-0773

Allisah Love
P.O. Box 4853
Chicago, Illinois 60680
(312) 756-9329

## SERVICE LIST

Ms. Julia S. Bruce
Assistant Corporation Counsel
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602

David J. Seery
Chief Assistant Corporation Counsel
30 North LaSalle Street
Room 1020
Chicago, Illinois 60602

## CERTIFICATE OF SERVICE

We hereby certify that we have caused to be sent by U.S. Mail and/or hand delivery, a true and correct copy of Plaintiffs Motion for Appointment of Counsel, to the Defendants listed at the addresses shown on the attached service list on this 23rd day of January, 2008.


Christopher Grooms
Pro se Plaintiff


Eddie Brantley
Pro se Plaintiff


Stanley Hunter
Pro se Plaintiff


Uylonda Henderson
Pro se Plaintiff


Allisah Love
Pro se Plaintiff