## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**FILED**

JAN 2 3 2008 NR

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| CHRISTOPHER GROOMS, ) | |
| EDDIE BRANTLEY, ) | |
| STANLEY HUNTER, ) | |
| UYLONDA HENDERSON, and ) | |
| ALLISAH LOVE ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | Case No.    07 C 6176 |
| v. ) | |
| ) | Judge Andersen |
| CITY OF CHICAGO POLICE ) | |
| OFFICERS DAVID TENCZA, #9203, ) | Magistrate Judge Valdez |
| MICHELLE WANTUCK, #19973, ) | |
| SERGEANT JOHN LEE, #909, and ) | |
| THE CITY OF CHICAGO, ) | |
| ) | Jury Demanded |
| Defendants. ) | |

## PLAINTIFFS MOTION TO PRESERVE SUPPORTIVE DATA OR REINSTATE ORDER VACATED ON DECEMBER 20, 2007

Plaintiffs Christopher Grooms, Eddie Brantley, Stanley Hunter, Uylonda

Henderson and Allisah Love, currently pro se plaintiffs, herby move this Court for entry

of an order granting their motion to preserve supportive data or reinstate order vacated on

December 20, 2007. In support of this request, and in response to Defendant's motion,

Plaintiffs state as follows:

     1.    On November 20, 2007, Plaintiff Allisah Love was arrested on false

charges of trespassing on state supported property by members of the City of Chicago

Police Department, while attempting to assist Plaintiff Uylonda Henderson in the

retrieval of her vehicle at the City of Chicago Auto Pound; a vehicle which had been

impounded on false charges of drug possession by the City of Chicago Police
Department.

2. The arrest of Plaintiff Allisah Love was an act of retaliation against her for
prior complaints against the City of Chicago Police Department and for her involvement
in federal case number 07C6176, filed after the false impoundment of Plaintiff Uylonda
Henderson's vehicle and the false arrest of Plaintiff Christopher Grooms for drug
possession occurred.

3. Four days prior to her arrest, on November 16, 2007, Plaintiffs motion to
preserve 911 dispatch tapes and event entries via computer from the Office of Emergency
and Management Communications (herinafter "OEMC") was granted by the Honorable
Wayne R. Anderson for case 07C6176.

4. For the incident of November 20, 2007, Plaintiffs are seeking preservation
of the following (a) 911 intake calls, dispatch tapes and event entries via computer from
the OEMC; (b) preservation of the tapes of intake/outgoing calls and event entries via
computer from the Office of Professional Standards (herinafter "OPS") or OPS's current
name change to the Independent Police Review Authority (herinafter "IPRA") from
Plaintiffs phone number, the City of Chicago Auto Pound located at 10301 South Doty
Avenue, and the OEMC; (c) preservation of the hard drive of the computer which stores
the security footage from the City of Chicago Auto Pound located at 10301 South Doty
Avenue; and (d) preservation of the hard drive(s) of the computer(s) and event entries
entered via computer from the City of Chicago Fourth District Police Station regarding
police report number HN719256.

5.    Preservation of the above requested data is both time sensitive and necessary in substantiating Plaintiff Allisah Love's case of false arrest and a pattern of behavior of Defendants.

6.    On November 29, 2007, Plaintiff Allisah Love appeared before the Honorable Elaine E. Bucklo on an emergency when the Honorable Wayne R. Anderson's morning call was canceled that day due to an unexpected occurrence.

7.    On November 29, 2007, the Honorable Elaine E. Bucklo granted Plaintiff's motion to preserve 911 intake calls, dispatch tapes and event entries via computer from the OEMC, tapes of intake calls and event entries via computer from OPS, and security video/tapes from the City of Chicago Auto Pound for the date of 11/20/07. The Honorable Elaine E. Bucklo also granted Plaintiffs motion to preserve the hard drive plus entries via computer from the City of Chicago Fourth District Police Station and security camera hard drive from the City of Chicago Auto Pound for the date of 11/20/07.

8.    On December 13, 2007, Defendant counsel David Seery filed a Motion to Vacate Order Entered by Judge Bucklo on November 29, 2007 (herinafter "Motion to Vacate")

9.    On December 19, 2007, Plaintiffs filed a response to Defendants Motion to Vacate, however, Plaintiffs response was not allowed to be heard at the next court appearance on December 20, 2007.

10.    On December 20, 2007, the Honorable Wayne R. Anderson granted Defendants motion to vacate the order entered by the Honorable Elaine E. Bucklo on November 20, 2007.

11.     On January 10, 2008, Defendant counsel for the City of Chicago David Seery stated orally to the effect that Defendants would try to preserve what Plaintiffs have requested regarding the incident of November 20, 2007 whereby Plaintiff Allisah Love was arrested on false charges.

WHEREFORE, the above having been stated in open court, Plaintiffs respectfully request that preservation be made official by granting Plaintiffs motion to preserve supportive data or reinstate order vacated on December 20, 2007, whereby the preservation requested had been granted by the Honorable Elaine E. Bucklo.

Respectfully Submitted,

By:     _____
Christopher Grooms
Pro se Plaintiff

_____
Eddie Brantley
Pro se Plaintiff

_____
Stanley Hunter
Pro se Plaintiff

_____
Uylonda Henderson
Pro se Plaintiff

_____
Allisah Love
Pro se Plaintiff

4

Christopher Grooms
P.O. Box 490136
Chicago, Illinois 60649
(312) 420-5053

Eddie Brantley
1110 W. 50th Street, Apt. NN
Chicago, Illinois 60609
(773) 253-8716

Stanley Hunter
5001 S. Morgan
Chicago, Illinois 60609
(773) 678-9073

Uylonda Henderson
1110 W. 50th Street, Apt. NN
Chicago, Illinois 60609
(312) 476-0773

Allisah Love
P.O. Box 4853
Chicago, Illinois 60680
(312) 756-9329

## **SERVICE LIST**

Ms. Julia S. Bruce
Assistant Corporation Counsel
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602

David J. Seery
Chief Assistant Corporation Counsel
30 North LaSalle Street
Room 1020
Chicago, Illinois 60602

## CERTIFICATE OF SERVICE

We hereby certify that we have caused to be sent by U.S. Mail and/or hand delivery, a true and correct copy of Plaintiffs Motion To Preserve Supportive Data or Reinstate Order Vacated on December 20, 2007, to the Defendants listed at the addresses shown on the attached service list on this 23rd day of January, 2008.


Christopher Grooms
Pro se Plaintiff


Eddie Brantley
Pro se Plaintiff


Stanley Hunter
Pro se Plaintiff


Uylonda Henderson
Pro se Plaintiff


Allisah Love
Pro se Plaintiff

7