

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER GROOMS, ) <br> EDDIE BRANTLEY, ) <br> STANLEY HUNTER, ) <br> UYLONDA HENDERSON, and ) <br> ALLISAH LOVE ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) <br> CITY OF CHICAGO POLICE ) <br> OFFICERS DAVID TENCZA, #9203, ) <br> MICHELLE WANTUCK, #19973, ) <br> SERGEANT JOHN LEE, #909, and ) <br> THE CITY OF CHICAGO, ) <br> ) <br> Defendants. ) | **FILED** <br> JAN 2 3 2008  NF <br> MICHAEL W. DOBBINS <br> CLERK, U.S. DISTRICT COURT <br><br> Case No.   07 C 6176 <br><br> Judge Andersen <br><br> Magistrate Judge Valdez <br><br> Jury Demanded |

### NOTICE OF ~~FILING~~ MOTION

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that we have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Plaintiffs Motion For Extension of Time To Amend Complaint, a copy of which is attached.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff Allisah Love will appear before the Honorable Judge Wayne R. Andersen in room 1403 or before such Magistrate sitting in his stead, on Thursday, January 31, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, and present the attached Plaintiffs Motion For Extension of Time To File Amended Complaint.

DATED at Chicago, Illinois this 23rd day of January 2008.

Respectfully Submitted,

By: _____
Christopher Grooms
Pro se Plaintiff

_[signature]_
Eddie Brantley
Pro se Plaintiff

_[signature]_
Stanley Hunter
Pro se Plaintiff

_[signature]_
Uylonda Henderson
Pro se Plaintiff

_[signature]_
Allisah Love
Pro se Plaintiff

Christopher Grooms
P.O. Box 490136
Chicago, Illinois 60649
(312) 420-5053

Eddie Brantley
1110 W. 50th Street, Apt. NN
Chicago, Illinois 60609
(773) 253-8716

Stanley Hunter
5001 S. Morgan
Chicago, Illinois 60609
(773) 678-9073

Uylonda Henderson
1110 W. 50th Street, Apt. NN
Chicago, Illinois 60609
(312) 476-0773

Allisah Love
P.O. Box 4853
Chicago, Illinois 60680
(312) 756-9329

## SERVICE LIST

Ms. Julia S. Bruce
Assistant Corporation Counsel
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602

David J. Seery
Chief Assistant Corporation Counsel
30 North LaSalle Street
Room 1020
Chicago, Illinois 60602

## CERTIFICATE OF SERVICE

We hereby certify that we have caused to be sent by U.S. Mail and/or hand delivery, a true and correct copy of Plaintiffs Notice of Motion to the Defendants listed at the addresses shown on the attached service list on this 23rd day of January 2008.

*[signature]*
Christopher Grooms
Pro se Plaintiff

*[signature]*
Eddie Brantley
Pro se Plaintiff

*[signature]*
Stanley Hunter
Pro se Plaintiff

*[signature]*
Uylonda Henderson
Pro se Plaintiff

*[signature]*
Allisah Love
Pro se Plaintiff