Case 1:07-cv-06176    Document 55    Filed 01/23/2008    Page 1 of 10



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER GROOMS, <br> EDDIE BRANTLEY, <br> STANLEY HUNTER, <br> UYLONDA HENDERSON, and <br> ALLISAH LOVE <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO POLICE <br> OFFICERS DAVID TENCZA, #9203, <br> MICHELLE WANTUCK, #19973, <br> SERGEANT JOHN LEE, #909, and <br> THE CITY OF CHICAGO, <br><br> Defendants. | Case No.    07 C 6176 <br><br> Judge Andersen <br><br> Magistrate Judge Valdez <br><br> Jury Demanded |

**FILED** JAN 2 3 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

## PLAINTIFFS MOTION FOR RECONSIDERATION OF IN FORMA PAUPERIS PETITIONS

Plaintiffs Christopher Grooms, Eddie Brantley, Stanley Hunter, Uylonda Henderson and Allisah Love, currently pro se plaintiffs, herby move this Court for entry of an order granting their motion for reconsideration of In Forma Paurperis Petitions. In support of this request, Plaintiffs state as follows:

1.  Plaintiffs can neither individually or collectively afford the costs involved to proceed toward trial in this case or to procure counsel for representation.

2.  Plaintiffs are currently seeking appointment of counsel by this honorable court, which will also require reconsideration of their In Forma Pauperis Petitions filed in November of 2007.

1

3. Plaintiff Christopher Grooms is a teenager who recently had seasonal employment, is currently unemployed and is seeking to further his education.

4. Plaintiff Eddie Brantley is a teenager who at the start of this year secured employment and is also seeking to continue his education. He does not have the finances to carry the costs involved in this case.

5. Plaintiff Stanley Hunter is a twenty year old who recently had seasonal employment, is currently unemployed and is seeking to further his education.

6. Plaintiff Allisah Love is an unemployed college student, who last semester took leave from school to assist in the care of an elderly disabled parent.

7. Plaintiff Uylonda Henderson is the mother of eight children whom she provides for, and is currently on Family Medical Leave from her employer as she is in need of surgery.

8. Plaintiff Uylonda Henderson is also currently involved in eviction court proceedings, bankruptcy court proceedings and domestic relations court proceedings.

9. In Plaintiff Uylonda Henderson's domestic relations case, her children's father, a City of Chicago Police Officer, as well as his employer, The City of Chicago, are currently being held in civil contempt of court for not complying with a September 2007 order to pay child support. (See Group Exhibit V)

10. A body attachment has been issued against the above mentioned City of Chicago Police Officer. (See Group Exhibit V)

11. Counsel for the City of Chicago in the above mentioned domestic relations case has been given time to show cause as to why they have not complied with the September 2007 order.

12. The next scheduled date for status in the above mentioned domestic relations case is March 31, 2008.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that this Honorable Court grant Plaintiffs motion for reconsideration of In Forma Pauperis Petitions.

Respectfully Submitted,

By: *Christopher Grooms*
Christopher Grooms
Pro se Plaintiff

*Eddie Brantley*
Eddie Brantley
Pro se Plaintiff

*Stanley Hunter*
Stanley Hunter
Pro se Plaintiff

*Uylonda Henderson*
Uylonda Henderson
Pro se Plaintiff

*Allisah Love*
Allisah Love
Pro se Plaintiff

Christopher Grooms
P.O. Box 490136
Chicago, Illinois 60649
(312) 420-5053

Eddie Brantley
1110 W. 50th Street, Apt. NN
Chicago, Illinois 60609
(773) 253-8716

3

Stanley Hunter
5001 S. Morgan
Chicago, Illinois 60609
(773) 678-9073

Uylonda Henderson
1110 W. 50th Street, Apt. NN
Chicago, Illinois 60609
(312) 476-0773

Allisah Love
P.O. Box 4853
Chicago, Illinois 60680
(312) 756-9329

## SERVICE LIST

Ms. Julia S. Bruce
Assistant Corporation Counsel
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602

David J. Seery
Chief Assistant Corporation Counsel
30 North LaSalle Street
Room 1020
Chicago, Illinois 60602

## CERTIFICATE OF SERVICE

We hereby certify that we have caused to be sent by U.S. Mail and/or hand delivery, a true and correct copy of Plaintiffs Motion for Reconsideration of In Forma Pauperis Petitions, to the Defendants listed at the addresses shown on the attached service list on this 23rd day of January, 2008.

_____
Christopher Grooms
Pro se Plaintiff

_____
Eddie Brantley
Pro se Plaintiff

_____
Stanley Hunter
Pro se Plaintiff

_____
Uylonda Henderson
Pro se Plaintiff

_____
Allisah Love
Pro se Plaintiff

# GROUP EXHIBIT V

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
DOMESTIC RELATIONS DIVISION

VYLONDA HENDERSON
Petitioner

v.

KENNETH WEBB
Respondent

CASE NO. 03D079043

IV D NO. _____

Cal: 95

## ORDER

THIS CAUSE coming to be heard on the matter of **CHILD SUPPORT** due notice having been given, the following parties having appeared: [ ] Petitioner  [ ] Respondent  [ ] Assistant State's Attorney  [ ] Respondent's Attorney.

The Court Finds:

1. The Respondent is not current in his child support obligation; payments are sporadic.

IT IS HEREBY ORDERED:

A. A withholding order shall issue to Respondent's employer, Chicago Police Department, for Respondent to comply with the 9/11/07 order.

B. Respondent SHALL comply with the 9/11/07 order, regardless of whether his employer assists by withholding income or not.

C. This matter is continued for payment status to 12/3/07 at 9:30 AM. Failure of Respondent to appear may result in body attachment.

Richard A. Devine, State's Attorney Of Cook County / 17052

BY: _____
Assistant State's Attorney
North Clark - Room 700
Chicago, Illinois 60602
(312) 345-2900

ENTERED: _____
Judge's Signature _____ Code

DRAFT ORDER

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

Vylonda Henderson

v.

Kenneth Webb

2007 DEC -4 P 6:02

NO. 03 D 079043

ORDER

This cause coming to be heard on ☒ Petitioner's ☐ Respondent's ☐ Joint Motion for _Child Support Mod/Ft_ ☐ Enforcement / all parties being advised of the premises, ☒ Petitioner ☐ with counsel ☒ pro se ☐ Respondent ☐ with counsel ☐ pro se appearing, and this court having jurisdiction over the subject matter, ☐ by agreement ☒ after hearing,

THE COURT FINDS:

① Mother has testified credibly that the payroll department for the City of Chicago police department is refusing to enforce the court's orders & withholding from Mr. Webb + notices of withholding. Cathy Lytle has refused to do so on behalf of the department despite personal service to her.

② C.P.D. + its payroll department, including Ms. Lytle, are obligated by statute fully to comply with the court's orders of HFS/SDU for + notices of withholding under 750 ILCS 28/35. The refusal of Ms. Lytle + the police department to do so is subjecting them to penalties of $100/day for noncompliance under 750 ILCS 28/35. See also IRMO Miller, Ill. S.Ct. Nov. 29, 2007.

③ Officer Webb has again failed to follow the court's orders to appear in this matter and to comply with the court's orders. Nor has officer Webb sought to contest any orders. They remain in full force + effect. Officer Webb has income beyond C.P.D. income, it strongly appears.

IT IS HEREBY ORDERED:

Ⓐ C.P.D. + Ms. Lytle will immediately comply with the past + present withholding orders + notices as required by statute. Penalties will continue to accrue until they do so.

Ⓑ Officer Webb is in indirect civil contempt. A body attachment will be executed against him, by separate order, on Friday, December 7, 2007.

NAME
ATTY FOR
PHONE

_____
Judge

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
DOMESTIC RELATIONS DIVISION

People of the State of Illinois, ex rel.
Illinois Department of Public Aid and

__Uylonda Henderson__, on behalf of   Docket No. __03D79043__

__Christian Henderson/Micah Webb__, a minor   IV-D No. _____

Petitioner,

-vs-   Calendar No. __95__

__Kenneth Webb__,

Respondent.

JAN 0 2 2008

## BODY ATTACHMENT ORDER

**THIS MATTER** is before the court on the return of a Rule to Show Cause/Contempt Status against the Respondent/Obligor.

**THE COURT FINDS:**

1. Respondent was ordered to appear ~~today~~ December 3, 2007 on the Rule/Contempt Status. Proper notice has been served but Respondent has failed to appear. (Court was unable to issue this order until now due to administrative delays.)

2. Respondent failed to remain current with his support obligation of $ __960__ twice per month in current support and $192 twice per month on arrearage.

3. Respondent owes $ __5,785.62__ in arrears, as of __8/10/07__ allegedly

4. This is Respondent's __1st__ Body Attachment ordered by this Court.

**WHEREFORE, THE COURT ORDERS:**

1. The Sheriff of Cook County, the Sheriff of any County in Illinois, or any duly deputized law enforcement agent to seize the Respondent/Obligor and bring him/her before this Court to answer the petition.

Name __Kenneth Webb__   DOB __7-7-72__   SSN _____
[X] Male   [ ] Female   Height: __5'4"__   Weight: __145__   Race: __Blk__

Last known home address: __300 E 79th Street Chicago IL 60616__

Last known work address: _____

2. If the Respondent/Obligor is taken into custody, the Sheriff/law enforcement agent may release the Respondent/Obligor after (s)he shall deposit $ __4000.00__ Cash bond with the Sheriff or the Court pursuant to local procedures for posting of bonds; SAID BOND TO BE RELEASED FROM THE CLERK OF THE CIRCUIT COURT BOND DEPARTMENT TO THE CLERK OF THE CIRCUIT COURT 28 NORTH CLARK, TO BE APPLIED TOWARDS CHILD SUPPORT ARREARS.

3. If the Respondent/Obligor is released pursuant to paragraph 2, the Sheriff shall then advise the Respondent/Obligor that hearing on the petition is continued to January 15, 2008 at 9:30 a.m. or, if released thereafter, 21 to 30 days from the date of release and the Respondent/Obligor is required to appear in Room __404__ at 9:30 am at 32 West Randolph, Chicago, Illinois. Failure of Respondent to appear, after posting bond, shall result in another body attachment.

4. The conditions set forth on the reverse side apply to this order.

5. The Sheriff of Cook County is ordered to waive all fees.

ENTERED:

_____
Judge          Judge No.