# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6176 | **DATE** | 1/31/2008 |
| **CASE TITLE** | Christopher Grooms, et al. vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's oral motion to produce copy of recording is granted.

■[ For further details see text below.]   Docketing to mail notices.

**STATEMENT**

This court orders assistant general manager David Corcoran at United Road Services, 16325 South Crawford Avenue, Markham, Illinois 60428 to make copies of the recording of the incident at issue in the above-captioned matter that occurred on November 20, 2007 sometime after 6:00 p.m. at the City of Chicago Auto Pound at 1030 South Doty Avenue, Chicago, Illinois. Copies should be provided to plaintiff Allisah Love, Post Office Box 4853, Chicago, Illinois 60680 and defense counsel David Seery, City of Chicago Law Department Corporation Counsel, 30 North LaSalle, Suite 1020, Chicago Illinois 60602.

*Wayne Andersen*