UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Christopher Grooms, et al.
                    Plaintiff,

v.                                            Case No.: 1:07−cv−06176
                                              Honorable Wayne R. Andersen

David Tencza, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 31, 2008:

MINUTE entry before Judge Wayne R. Andersen :Plaintiff's motion to appoint counsel [49] is denied for the reasons stated on the record in open court. Plaintiff's motion for extension of time to Amend complaint [53] is granted. Amended complaint to be filed on or before 4/4/2008. Plaintiff's motion for reconsideration [55] is denied. Plaintiff's motion to amend/correct [31] complaint is moot. Parties agreed to the two (2) issues as stated on the record in open court. Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.