## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Christopher Grooms, et al.

                      Plaintiff,

v.                                  Case No.: 1:07–cv–06176
                                            Honorable Wayne R. Andersen

David Tencza, et al.

                      Defendant.

### ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Maria Valdez for the purpose of holding proceedings related to: discovery supervision.(tsa, )No notice.

Dated: February 4, 2008

                                                                            /s/ Wayne R. Andersen

                                                                        United States District Judge