IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER GROOMS, ) | |
| EDDIE BRANTLEY, ) | |
| STANLEY HUNTER, ) | |
| UYLONDA HENDERSON, and ) | No. 07 C 6176 |
| ALLISAH LOVE ) | |
| ) | |
| Plaintiffs, ) | Judge Andersen |
| ) | |
| v. ) | |
| ) | Magistrate Judge Valdez |
| CITY OF CHICAGO POLICE OFFICERS ) | |
| DAVID TENCZA, #9203, ) | |
| MICHELLE WANTUCK, #19973, ) | |
| SERGEANT JOHN LEE, #909, and ) | |
| THE CITY OF CHICAGO, ) | |
| ) | |
| Defendants. ) | |

## INITIAL STATUS REPORT

1.  Plaintiffs claims include: Illegal Detention, Defamation of Character, Intentional Infliction of Emotional Distress, and Retaliation. However, Plaintiffs anticipate filing an amended complaint, adding additional claims and/or additional parties.

2.  Plaintiffs are seeking compensatory damages, punitive damages, and such other relief as the Court deems appropriate.

3.  See attached order.

4.  None at this time.

5.  At this time, the parties have not engaged in any discovery. The parties anticipate written and oral discovery once Plaintiffs' amended complaint is filed on or before April 4, 2008, per Judge Anderson's order dated January 31, 2008.

6.  At this time, the parties do not consent to trial before the Magistrate Judge.

7.  At this time, the only date set by Judge Anderson is the date of April 4, 2008, for

Plaintiffs to file their amended complaint.

8.   None at this time.

                                    **Entered:**

                                    **Honorable Maria Valdez**
                                    **United States Magistrate Judge**

**Dated:** _____

_/s/ Julia S. Bruce_
Julia S. Bruce
Assistant Corporation Counsel
30 North LaSalle Street, Ste. 1400
Chicago, Illinois 60602
(312) 744 - 0451
Attorney No. 06273493

_/s/ Allisah Love_
Allisah Love – Pro Se
P.O. Box 4853
Chicago, IL 60680
(312) 756-9329

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
Eastern Division

Christopher Grooms, et al.
                                Plaintiff,
v.                                              Case No.: 1:07−cv−06176
                                                Honorable Wayne R. Andersen
David Tencza, et al.
                                Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 13, 2008:

    MINUTE entry before Judge Maria Valdez :Initial status hearing is set before
Magistrate Judge Maria Valdez on 2/27/08 at 9:30 a.m., in Courtroom 1300. Parties shall
deliver a copy of an initial status report, to chambers, Room 1318, four business days
before the initial status hearing. The parties must follow the format for an Initial Status
Report found on the Judge's website available at www.ilnd.uscourts.gov, or the parties can
contact courtroom deputy, Yolanda Pagan, at 312/408−5135 for a copy. If the parties have
recently prepared and filed an initial status report, the submission of the previously filed
initial status report is sufficient.Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.