IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER GROOMS,<br>EDDIE BRANTLEY,<br>STANLEY HUNTER,<br>UYLONDA HENDERSON, and<br>ALLISAH LOVE<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF CHICAGO POLICE<br>OFFICERS DAVID TENCZA, #9203,<br>MICHELLE WANTUCK, #19973,<br>SERGEANT JOHN LEE, #909, and<br>THE CITY OF CHICAGO,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **FILED**<br><br>APR - 4 2008  YM<br>Apr 4, 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT.<br><br>Case No.    07 C 6176<br><br>Judge Andersen<br><br>Magistrate Judge Valdez<br><br><br>Jury Demanded |

## NOTICE OF FILING

TO:   Mr. Joel G. Sandoval
      Assistant Corporation Counsel
      30 N. LaSalle Street
      Suite 1400
      Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that we have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Plaintiffs Motion For Extension of Time To Amend Complaint, a copy of which is attached.

**DATED** at Chicago, Illinois this 4th day of April 2008.

                                                    Respectfully Submitted,

                                        By: _____
                                                    Allisah Love
                                                    Pro se Plaintiff

On behalf of all Plaintiffs in this case:

Christopher Grooms
P.O. Box 490136
Chicago, Illinois 60649
(312) 420-5053

Eddie Brantley
1110 W. 50th Street, Apt. NN
Chicago, Illinois 60609
(773) 253-8716

Stanley Hunter
5001 S. Morgan
Chicago, Illinois 60609
(773) 678-9073

Uylonda Henderson
1110 W. 50th Street, Apt. NN
Chicago, Illinois 60609
(312) 476-0773

Allisah Love
P.O. Box 4853
Chicago, Illinois 60680
(312) 756-9329

## CERTIFICATE OF SERVICE

    I hereby certify that I have caused to be sent by U.S. Mail and/or hand delivery, a true and correct copy of Plaintiffs Notice of Motion to the Defendant listed at the address shown above on this 4th day of April 2008.

*/s/ Allisah M. Love*
Allisah Love
Pro se Plaintiff
On behalf of all Plaintiffs in this case:

Christopher Grooms
Eddie Brantley
Stanley Hunter
Uylonda Henderson
Allisah Love

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER GROOMS,<br>EDDIE BRANTLEY,<br>STANLEY HUNTER,<br>UYLONDA HENDERSON, and<br>ALLISAH LOVE | )<br>)<br>)<br>)<br>) | **FILED**<br><br>APR - 4 2008 YM<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |
| Plaintiffs, | )<br>) | |
| | ) | Case No.   07 C 6176 |
| v. | )<br>) | Judge Andersen |
| CITY OF CHICAGO POLICE<br>OFFICERS DAVID TENCZA, #9203,<br>MICHELLE WANTUCK, #19973,<br>SERGEANT JOHN LEE, #909, and<br>THE CITY OF CHICAGO, | )<br>)<br>)<br>)<br>) | Magistrate Judge Valdez |
| | ) | Jury Demanded |
| Defendants. | ) | |

### PLAINTIFFS MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

Plaintiffs Christopher Grooms, Eddie Brantley, Stanley Hunter, Uylonda Henderson and Allisah Love, currently pro se plaintiffs, herby move this Court for entry of an order granting their motion for an extension of time to file amended complaint. In support of this request, and in response to Defendant's motion, Plaintiffs state as follows:

1.  Plaintiffs motion to amend complaint is paramount, in order to include the incident of retaliation against Plaintiff Allisah Love, which took place on November 20, 2007; and now adds six more Defendants in this case, for which their information must be obtained: City of Chicago Police Officers Houston, Fisher, Glenn, Sutter and McMahon, and an Officer named Powell.

1

2. The Off-duty Police Officer who identified himself as "Officer Muhammad" the evening of the incident of November 20th, 2007 had given Plaintiff Allisah Love a phony name. On November 29, 2007, via a follow up phone call to the City of Chicago Auto Pound at 10301 South Doty Avenue; this Off-duty Police Officer was later identified to be "Officer Powell" by a manager on duty named Ben.

3. Plaintiff Allisah Love filed a Freedom of Information Request through the City of Chicago Police Department on December 6, 2007 to obtain the star numbers of City of Chicago Police Officer McMahon and Officer Powell.

4. On January 14, 2008, Plaintiff Allisah Love received via U.S. mail, notice of denial of the above Freedom of Information request by the City of Chicago Department of Police. (See Plaintiff Exhibit IV)

5. In order to amend their complaint and name the defendants appropriately, Plaintiffs need more time to secure the information needed.

6. Plaintiffs are also preparing paperwork to enter into a possible settlement agreement with Defendants.

7. Plaintiffs request an additional two months, up to and including June 4, 2008, to amend their complaint.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that this Honorable Court grant Plaintiffs motion for an extension of time to file amended complaint.

Respectfully Submitted,

By: *(signature)*
Allisah Love
Pro se Plaintiff

2

On behalf of all Plaintiffs in this case:

Christopher Grooms
P.O. Box 490136
Chicago, Illinois 60649
(312) 420-5053

Eddie Brantley
1110 W. 50th Street, Apt. NN
Chicago, Illinois 60609
(773) 253-8716

Stanley Hunter
5001 S. Morgan
Chicago, Illinois 60609
(773) 678-9073

Uylonda Henderson
1110 W. 50th Street, Apt. NN
Chicago, Illinois 60609
(312) 476-0773

Allisah Love
P.O. Box 4853
Chicago, Illinois 60680
(312) 756-9329

## SERVICE LIST

Mr. Joel G. Sandoval
Assistant Corporation Counsel
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be sent by U.S. Mail and/or hand delivery, a true and correct copy of Plaintiffs Motion for Extension of Time to File Amended Complaint, to the Defendant listed at the addresses shown on the attached service list on this 4th day of April, 2008.

*[signature]*
Allisah Love
Pro se Plaintiff
On behalf of all Plaintiffs in this case:

Christopher Grooms
Eddie Brantley
Stanley Hunter
Uylonda Henderson
Allisah Love

5