UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Christopher Grooms, et al.
                         Plaintiff,

v.                                                   Case No.: 1:07–cv–06176
                                                                  Honorable Wayne R. Andersen

David Tencza, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 12, 2008:

      MINUTE entry before the Honorable Maria Valdez:Magistrate Judge Status hearing held on 6/12/2008. Settlement Conference set for 7/22/2008 at 10:30 a.m. Plaintiffs shall submit their demand letter to defendants by 7/14/08. Defendants shall respond to plaintiffs' demand letters by 7/16/08. Defendants shall forward copies of the demand letters and responses to chambers by no later than 7/17/08. See Judge's standing order for settlement conference located at www.uscourts.gov. Copies of the standing order will be mailed to plaintiffs with this order. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.