**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Christopher Grooms, et al.
                      Plaintiff,

v.                                          Case No.: 1:07–cv–06176
                                                Honorable Wayne R. Andersen

David Tencza, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 24, 2008:

      MINUTE entry before the Honorable Wayne R. Andersen:Plaintiff's motion to preserve supportive data or reinstate order vacated on 12/20/2007 is [51] is granted in part and denied in part. Motion to reinstate 12/20/2007 order is denied. Motion to preserve supportive data was granted in part. See [57] order entered on 1/31/2008. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.