UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Christopher Grooms, et al.
        Plaintiff,

v.              Case No.: 1:07–cv–06176
              Honorable Wayne R. Andersen

David Tencza, et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

  MINUTE entry before the Honorable Maria Valdez:Settlement conference held on 7/22/2008. Parties unable to reach settlement at this time. Status hearing set for 8/7/2008 at 09:30 a.m. on discovery matters. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.